IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EURIKA STEMLEY | CIVIL ACTION NO. 2:15-04596 |
| VS. | JUDGE BROWN |
| GREIF, INC. and ROBERT STEWARD | MAGISTRATE KNOWLES |

## **ORDER**

Considering the Foregoing,

**IT IS ORDERED** that all of Plaintiff's claims and issues as to GREIF, INC. and ROBERT STEWARD are hereby dismissed with prejudice.

New Orleans, Louisiana, this 27th day of ___May___, 2016.

*Nannette Jolivette Brown*
United States District Judge